United States District Court
Southern District of Texas
**ENTERED**
August 17, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IULIIA KHALMATOVA, ET AL.,<br>*Plaintiff*,<br><br>v.<br><br>MARKWAYNE MULLIN,<br>SECRETARY OF HOMELAND SECURITY,<br>ET AL.,<br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:26-CV-02816 |

**MEMORANDUM AND RECOMMENDATION**

Before the Court is Plaintiffs' Notice of Voluntary Dismissal Without Prejudice.[1] ECF 10. Although styled as a notice, Plaintiffs move for voluntary dismissal under Rule 41(a)(2). *Id.* *See also* FED. R. CIV. P. 41(a)(2) (allowing voluntary dismissal upon motion and court order). Plaintiffs filed their Complaint in April 2026, and Defendants have not yet answered. ECF 1. *See also* ECF 9; FED. R. CIV. P. 41(a)(1)(A)(i) (allowing plaintiff to voluntarily dismiss by notice where defendant has not answered or filed a motion for summary judgment).

For the reasons stated above, the Court RECOMMENDS that Plaintiffs' Motion (ECF 10) be GRANTED and their claims as to all Defendants be DISMISSED WITHOUT PREJUDICE.

---

[1] The District Judge referred this case to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), the Cost and Delay Reduction Plan under the Civil Justice Reform Act, and Federal Rule of Civil Procedure 72. ECF 5.

The Clerk of the Court shall send copies of the memorandum and recommendation to the respective parties, who will then have fourteen days to file written objections, pursuant to 28 U.S.C. § 636(b)(1)(C). Failure to file written objections within the time period provided will bar an aggrieved party from attacking the factual findings and legal conclusions on appeal. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996) (en banc), superseded by statute on other grounds.

Signed on August 17, 2026, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge