United States District Court
Southern District of Texas
**ENTERED**
September 09, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IULIIA KHALMATOVA, *et al.*, | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-02816 |
| | § | |
| MARKWAYNE MULLIN, *et al.*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

Before the Court is United States Magistrate Judge Christina A. Bryan's Memorandum and Recommendation filed on August 17, 2026. Doc. #11. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety.

Accordingly, Plaintiffs' Motion for Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2) is GRANTED. Doc. #10. Plaintiffs' claims as to all Defendants are DISMISSED WITHOUT PREJUDICE. All other pending motions are DISMISSED AS MOOT. The Court will enter a separate Final Judgment.

It is so ORDERED.

SEP 0 8 2026

Date

The Honorable Alfred H. Bennett
United States District Judge